UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAMAL DRAKE

v.                                                                                          CA 13-226 ML

FREEDOM LAW CENTER

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on April 12, 2013. I have reviewed the Report and Recommendation and adopt it in its entirety.

It is hereby ordered that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE with LEAVE TO FILE AN AMENDED COMPLAINT.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 7, 2013